[No. 53676-1-I.   Division One.   November 22, 2004.]

ALINA MINASYAN, *Appellant*, v. DANA W. STARKWEATHER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-34715-1, Michael J. Fox, J., entered December 22, 2003. *Dismissed* by unpublished per curiam opinion.

[No. 53713-0-I.   Division One.   November 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN DOUGLAS COWAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-07912-6, Carol A. Schapira and Paris K. Kallas, JJ., entered January 27, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 30510-1-II.   Division Two.   November 23, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-03232-6, Thomas Felnagle, J., entered June 25, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Van Deren, JJ.

[No. 30513-5-II.   Division Two.   November 23, 2004.]

*In the Matter of the Marriage of* OUIDA MADALYN STYERS, *Appellant*, and ALBERT W. STYERS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-3-03622-0, Bryan E. Chushcoff, J., and Otto Matsch, J. Pro Tem., entered June 18, 2003. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.